Milton W. McQUEEN and Frances L. McQueen, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE.

No. 15815.

United States Court of Appeals Eighth Circuit.

June 24, 1957.

John M. Cleary, Kansas City, Mo., for petitioners.

Charles K. Rice, Asst. Atty. Gen., for respondent.

PER CURIAM.

Decision of The Tax Court of the United States reversed and cause remanded to said Tax Court with directions to enter decision providing that there is no deficiency due from the petitioners for the taxable year 1951, pursuant to stipulation of parties for reversal and remand.

---

Matter of the Arbitration Between ILIOS SHIPPING and TRADING CORP., S. A., Petitioner-Appellee,

v.

AMERICAN ANTHRACITE & BITUMINOUS COAL CORP., Respondent-Appellant.

No. 370, Docket 24533.

United States Court of Appeals Second Circuit.

Argued June 6, 1957.

Decided June 26, 1957.

Cardillo & Smith, New York City (Joseph Cardillo, Jr. and Charles H. Bridge, Jr., New York City, of counsel), for petitioner-appellee.

Hays, St. John, Abramson & Heilbron, New York City (Osmond K. Fraenkel and Harold Epstein, New York City, of counsel), for respondent-appellant.

Before MEDINA, LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

This is an appeal from an order entered on February 8, 1957, by Judge Dawson in the Southern District of New York confirming an arbitration award. Appellant opposed the confirmation on several grounds, the only one of which urged on appeal being the "evident partiality" of one of the arbitrators. We adopt Judge Dawson's treatment of this contention in his opinion reported at D.C., 148 F.Supp. 698, and the order accordingly is

Affirmed.